# United States Court of Appeals
## For the First Circuit

No. 00-1113

UNITED STATES OF AMERICA,

Plaintiff, Appellant,

v.

COMMONWEALTH ENERGY SYSTEM AND SUBSIDIARY COMPANIES,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on December 21, 2000, is amended as follows:

On page 5, line 10: change the word "directly" to "indirectly."